UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY, et al.,

                                Plaintiffs,

      -against-

FIRST SUPPLY, INC., et al.,

                                Defendants.
------------------------------------------------------------------X

Docket No.:
1:23-cv-08367-FB-VMS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, Plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, the "Plaintiffs") and Defendants, First Supply, Inc. and Jacob Binyaminov (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed <u>without prejudice</u> pursuant to Fed. R. Civ. Proc. 41(a).  Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: February 7, 2024

| | |
|---|---|
| RIVKIN RADLER LLP | PINCZEWSKI & SHPELFOGEL, PC |
| By: /s/ Frank Tiscione<br>    Michael A. Sirignano, Esq.<br>    Frank P. Tiscione, Esq.<br>926 RXR Plaza<br>Uniondale, New York 11556<br><br>*Counsel for Plaintiffs* | By:   /s/ Benjamin Pinczewski<br>    Benjamin Pinczewski, Esq.<br>2753 Coney Island Avenue, 2nd Floor<br>Brooklyn, New York 11235<br><br>*Counsel for Defendants* |

**So Ordered:**

 /S/ Frederic Block  2-7-24
**Judge** ~~Xxxx M. Xxxxx~~ Frederic Block

4857-4698-0259, v. 1